NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIVX, LLC,**

*Plaintiff-Appellee*

**v.**

**REALTEK SEMICONDUCTOR CORPORATION,**

*Defendant-Appellant*

**LG ELECTRONICS INC., LG ELECTRONICS USA, INC.,**

*Defendants*

---

2024-2061

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-01202-JLH, Judge Jennifer L. Hall.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          DivX, LLC v. Realtek Semiconductor Corporation

(2)  Each side shall bear their own costs.

FOR THE COURT

July 1, 2025
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 1, 2025